RECEIVED

MAR 2 6 2007

JUDGE S. W. KRAM
CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/07

| | |
|---|---|
| NORGES BANK<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>TIME WARNER INC.(F/K/A AOL TIME WARNER, INC.), AMERICA ONLINE, INC., ERNST & YOUNG, LLP, CITIGROUP GLOBAL MARKETS, INC. (F/K/A SALOMON SMITH BARNEY INC.), CITIGROUP, INC., MORGAN STANLEY & CO., INC., GERALD M. LEVIN, J. MICHAEL KELLY, STEPHEN M. CASE, RICHARD D. PARSONS, KENNETH J. NOVACK, ROBERT W. PITTMAN, STEPHEN F. BOLLENBACH, DAVID M. COLBURN, ERIC KELLER, JOSEPH A. RIPP, WAYNE H. PACE, STEVEN E. RINDNER, BARRY M. SCHULER, PASCAL DESROCHES, JOHN P. TULI, MYER BERLOW AND PAUL T. CAPPUCCIO<br><br>　　　　　　　　　Defendants. | No. 06-cv-00189 (SWK)<br><br>MDL No. 1500<br>(02-MD-1500) (SWK)<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The undersigned parties, by and through their respective counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 54(b), that all claims asserted by Norges Bank in the above-captioned action against Time Warner Inc., f/k/a AOL Time Warner Inc., ("Time Warner"), America Online, Inc. ("America Online"), Ernst & Young, LLP, Citigroup Global Markets, Inc., f/k/a Salomon Smith Barney Inc., Citigroup, Inc., Morgan Stanley & Co., Inc., Gerald M. Levin, J. Michael Kelly, Stephen M. Case, Richard D. Parsons, Kenneth J. Novack, Robert W. Pittman, Stephen F. Bollenbach, David M. Colburn, Eric Keller, Joseph A. Ripp,

Wayne H. Pace, Steven E. Rindner, Barry M. Schuler, Pascal Desroches, John P. Tuli, Myer Berlow, and Paul T. Cappuccio are dismissed with prejudice and without costs.

Dated: January 30, 2007

By: _____
Jay W. Eisenhofer (JE-5503)
GRANT & EISENHOFER, P.A.
45 Rockefeller Center, 15th Floor
630 Fifth Avenue
New York, NY 10111

*Counsel for Plaintiff Norges Bank*

By: _____
Evan R. Chesler (EC-1692)
Peter T. Barbur (PB-9343)
Rachel G. Skaistis (RS-3164)
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

*Counsel for Defendants Time Warner Inc. f/k/a/ AOL Time Warner Inc.; America Online, Inc.; Gerald M. Levin, J. Michael Kelly, Stephen M. Case, Richard D. Parsons, Kenneth J. Novack, Robert W. Pittman, Stephen F. Bollenbach, Joseph A. Ripp, Wayne H. Pace, Steven E. Rindner, Barry M. Schuler, Pascal Desroches, John P. Tuli, and Paul T. Cappuccio*

By: _____
Michael L. Rugen (MR-2757)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

*Counsel for Defendant Ernst & Young LLP*

Wayne H. Pace, Steven E. Rindner, Barry M. Schuler, Pascal Desroches, John P. Tuli, Myer Berlow, and Paul T. Cappuccio are dismissed with prejudice and without costs.

Dated: January __, 2007

By: _____
Jay W. Eisenhofer (JE-5503)
GRANT & EISENHOFER, P.A.
45 Rockefeller Center, 15th Floor
630 Fifth Avenue
New York, NY 10111

*Counsel for Plaintiff Norges Bank*

By: _____
Evan R. Chesler (EC-1692)
Peter T. Barbur (PB-9343)
Rachel G. Skaistis (RS-3164)
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

*Counsel for Defendants Time Warner Inc. f/k/a/ AOL Time Warner Inc.; America Online, Inc.; Gerald M. Levin, J. Michael Kelly, Stephen M. Case, Richard D. Parsons, Kenneth J. Novack, Robert W. Pittman, Stephen F. Bollenbach, Joseph A. Ripp, Wayne H. Pace, Steven E. Rindner, Barry M. Schuler, Pascal Desroches, John P. Tuli, and Paul T. Cappuccio*

By: _____
Michael L. Rugen (MR-2757)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

*Counsel for Defendant Ernst & Young LLP*

By: *Carl Kravitz*
Carl S. Kravitz (CK-6473)
Zuckerman Spaeder LLP
1800 M St., N.W
Washington, DC 20036-2638

*Counsel for Defendant David M. Colburn*


By: *Blair Connelly*
Blair G. Connelly (BC-0237)
Latham & Watkins, LLP
885 Third Avenue, Suite 1000
New York, NY 10022

*Counsel for Defendant Eric Keller*


By: *Alan Levine*
Alan Levine, Esq.
Chaya Weinberg-Brodt, Esq.
Cooley Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Telecopy: (212) 479-6275

*Counsel for Defendant Myer Berlow*


By: *James Rouhandeh*
James A. Rouhandeh, Esq.
David P. Toscano, Esq.
Davis, Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Telecopy: (212) 450-3800

*Counsel for Defendants Citigroup Inc. and Citigroup Global Markets, Inc. (f/k/a Salomon Smith Barney Inc.)*

By: /s/ Richard Pepperman
Richard C. Pepperman II, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Telecopy: (212) 558-1600

*Counsel for Defendant Morgan Stanley Inc.*

So Ordered this 28 day of March 2007.

SO ORDERED:

_____
U.S.D.J.