# HEINS MILLS & OLSON, P.L.C.
### ATTORNEYS AT LAW

310 CLIFTON AVENUE
MINNEAPOLIS, MINNESOTA 55403
TEL (612) 338-4605 • FAX (612) 338-4692
WWW.HEINSMILLS.COM

DYLAN J. MCFARLAND
DMCFARLAND@HEINSMILLS.COM



November 21, 2013

**VIA FEDERAL EXPRESS**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *In re AOL Time Warner, Inc. Securities & "ERISA" Litigation*
            File No. 02 MD 1500 (CM)

Dear Judge McMahon:    **MEMO ENDORSED**

*[Handwritten endorsement: 11/22/2013 — Clerk to close the file after docketing these reports. Thank you, counsel.]*

On behalf of Lead Securities Plaintiff in this matter, I am writing to advise the Court that the settlement administrator has completed the final distribution of settlement funds to the class members pursuant to the Court's June 14, 2013 Order. As directed by the Court, we are providing a final accounting of the settlement funds, which is set forth in the following submissions, the originals of which are being filed with the Clerk of Court:

1. Report of Final Disbursement of Net Settlement Sum and DOJ Funds;

2. Declaration of Bruce H. Cozzi Reporting on Final Disbursement of Net Settlement Sum and DOJ Funds, with Exhibit A; and

3. Certificate of Service.

As stated in this final report, we do not anticipate seeking any further relief from the Court. We are, of course, pleased to provide any additional information the Court



11/22/13

Hon. Colleen McMahon
November 21, 2013
Page 2 of 2

may request or to take any further action the Court may direct to close the Court's file in this matter.

                                  Respectfully,

                                  HEINS MILLS & OLSON, P.L.C.

                                *Dylan McFarland*
                                             s/DW
                                Dylan J. McFarland

c: Counsel on Certificate of Service